# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LEOPOLDO ROBLES-MEZA,
  aka "Sergio Robles-Meza,"

        Defendant.

Case No. 2:22-mj-00412-EJY

**Order Directing Probation to
Prepare a Criminal History Report**
[Proposed]

       Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

       IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

       DATED this 7th day of June, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE