**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEOPOLDO ROBLES-MEZA,<br>  aka "Sergio Robles-Meza,"<br><br>  Defendant. | Case No. 2:22-cr-00186-JAD-EJY<br><br>**Order Unsealing Case**<br><br>ECF No. 17 |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Sergio Robles-Meza,* is unsealed.

**DATED** this 6th day of September, 2022.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge